```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02CR5101 AWI |
| Plaintiff, | ) MOTION AND ORDER FOR |
| | ) DISMISSAL OF INDICTMENT |
| v. | ) |
| JAIME TORRES, | ) |
| Defendant. | ) |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against JAIME TORRES, in the interest of justice and without prejudice.

DATED: February 23, 2009                Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                    By  __/s/ Sheila K. Oberto__
                                        SHEILA K. OBERTO
                                        Assistant U.S. Attorney

1

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7           IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) CASE NO. 1:02CR5101 AWI
                                   )
11            Plaintiff,           ) ORDER FOR
                                   ) DISMISSAL OF INDICTMENT
12       v.                        )
                                   )
13  JAIME TORRES,                  )
                                   )
14            Defendant.           )
                                   )
15  _____ )
```

IT IS HEREBY ORDERED, that the Indictment against JAIME TORRES, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   February 23, 2009**          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE