1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | SHEILA K. OBERTO
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

5

6

7 |          IN THE UNITED STATES DISTRICT COURT FOR THE

8 |                EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,     ) CASE NO. 1:02CR5101 AWI
                                  )
11 |            Plaintiff,         ) MOTION AND ORDER FOR
                                  ) DISMISSAL OF INDICTMENT
12 |      v.                       )
                                  )
13 | JAIME TORRES,                 )
                                  )
14 |            Defendant.         )
                                  )
15 | _____)

16

17 |      The United States Attorney's Office, pursuant to Rule 48(a)

18 | of the Federal Rules of Criminal Procedure, hereby moves to

19 | dismiss the indictment, against JAIME TORRES, in the interest of

20 | justice and without prejudice.

DATED: February 23, 2009           Respectfully submitted,

21

22 |                                  LAWRENCE G. BROWN
                                      Acting United States Attorney

23

24 |                              By   /s/ Sheila K. Oberto
                                      SHEILA K. OBERTO
                                      Assistant U.S. Attorney

25

26

27

28

                                  1

1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      ) CASE NO. 1:02CR5101 AWI
                                    )
11            Plaintiff,            ) ORDER FOR
                                    ) DISMISSAL OF INDICTMENT
12       v.                         )
                                    )
13  JAIME TORRES,                   )
                                    )
14            Defendant.            )
                                    )
15  _____   )

16

17       IT IS HEREBY ORDERED, that the Indictment against JAIME

   TORRES, be dismissed in the interest of justice and without
18
   prejudice.
19

20
   IT IS SO ORDERED.
21
   **Dated:    February 23, 2009**            **/s/ Anthony W. Ishii**
22                                   CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                               2